COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Nephrology Leaders and Associates, PLLC and Mohammed Atiq Dada, MD

Appellate case number:   01-19-00841-CV

Trial court case number:  2017-21479

Trial court:             190th District Court of Harris County

Relators, Nephrology Leaders and Associates and Mohammed Atiq Dada, have filed a petition for writ of mandamus challenging various portions of two orders issued on August 7, 2019: (1) the trial court's "Order Regarding Parties' Claim of Privilege and Determination of Relevance" and (2) the trial court's "Order on Outstanding Discovery Issues." The Court requests that real parties in interest file a response to the petition for writ of mandamus by **December 2, 2019**.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_
                          Acting individually

Date: ____October 31, 2019____